```
                IN THE UNITED STATES BANKRUPTCY COURT
                 FOR THE NORTHERN DISTRICT OF ILLINOIS
                           EASTERN DIVISION
```

IN RE: YVONNE A. WILLIAMS               )
                                        )
Wells Fargo Bank, N.A./US Bank National )
Association, as Trustee for SASCO       )
2007-WF1,                               )
            Creditor,                   )
                                        )
    vs.                                 ) CASE NO. 09B29800
                                        ) JUDGE Jacqueline P. Cox
YVONNE A. WILLIAMS,                     )
            Debtor                      )

### RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE

Now comes Wells Fargo Bank, N.A./US Bank National Association, as Trustee for SASCO 2007-WF1, by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage cure, stating as follows:

1. The Debtor is due for the January 2011 contractual payment and all those thereafter.

2. The following is an itemization of the amounts due on the loan as of January 4, 2011:

    a. Attorney's Fees                    $250.00
    b. Payment (January @ $949.35)        $949.35
    c. Late Charges                        $80.29
    d. Property Inspection                 $15.00
    e. Suspense                            ($.03)
                         TOTAL          $1,294.61

If no challenge to foregoing is made by motion filed with the court and serviced on the undersigned and the trustee within thirty days of this notice Wells Fargo Bank, N.A./US Bank National Association, as Trustee for SASCO 2007-WF1 rights to collect these amounts will be unaffected.

        Respectfully Submitted,
Wells Fargo Bank, N.A./US Bank National Association, as Trustee for SASCO 2007-WF1

/s/Toni Dillon
Toni Dillon
ARDC#6289370

Pierce and Associates, P.C.
1 North Dearborn
Suite 1300
Chicago, Illinois 60602
(312)346-9088